# In the United States Court of Federal Claims

| | |
|---|---|
| BLACK SWAG TRUST, SPC, <br> *a/k/a* DAVID ANTHONY AVERY, <br> *a/k/a* AZIZI MWANA, <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES, <br><br> Defendant. | No. 19-787C <br><br> Filed July 16, 2019 |

## DISMISSAL ORDER

Plaintiff, Black Swag Trust, SPC, also known as David Anthony Avery and as Azizi Mwana, commenced this action on May 24, 2019, without paying the Court's $400.00 filing fee (docket entry no. 1). On June 6, 2019, the Court issued an Order instructing plaintiff to pay the $400.00 filing fee on or before July 8, 2019 (docket entry no. 5). In the Order, the Court informed plaintiff that, should he fail to pay the filing fee by July 8, 2019, the Court would treat such failure as a failure to comply with a court order and to prosecute this matter pursuant to Rule 41(b) of the Rules of the United States Court of Federal Claims ("RCFC"). Plaintiff has not paid the Court's filing fee.

And so, in light of the foregoing, the Court:

1. **DISMISSES** the complaint without prejudice, pursuant to RCFC 41(b); and

2. Directs the Clerk's Office to **ENTER** final judgment consistent with this Order.

No costs.

**IT IS SO ORDERED.**

LYDIA KAY GRIGGSBY
Judge

7012 3460 0001 7791 8637